IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHAD A. WARD,

      Plaintiff,                     No. CIV S-12-0947 GGH P

      vs.

HIGH DESERT STATE PRISON
MAIL ROOM,

      Defendant.                ORDER

          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. This case is before the undersigned pursuant to plaintiff's consent. Doc. 3. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). On April 26, 2012, plaintiff was provided thirty days either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the appropriate filing fee. That time period has now expired, and plaintiff has not filed an application to proceed in forma pauperis or paid the filing fee or otherwise responded to the court's order.[1]

\\\\\

---

[1] Mail is no longer deliverable at the address plaintiff provided, however it is plaintiff's responsibility to update the court with his current address.

1

1       Accordingly, IT IS HEREBY ORDERED that this action be dismissed for failure
2 to follow court instructions. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).
3 DATED: July 3, 2012

                /s/ Gregory G. Hollows
      UNITED STATES MAGISTRATE JUDGE

GGH:ab
ward0947.fta